UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEVITON MANUFACTURING CO., INC.,

    Plaintiff,

vs.                              Case No.  3:05-cv-123-J-32MCR

INTERLINE BRANDS, INC.,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to File Under Seal (Doc. 40) filed October 26, 2005.  Plaintiff seeks to file under seal three (3) pages of documents as exhibits to its Sur-reply in Opposition to Interline's Motion to Stay.  Plaintiff contends these documents were produced in an action currently pending in the United States District Court for the District of New Mexico and contain proprietary or sensitive information.  Moreover, Plaintiff states that the New Mexico court required Plaintiff to file these documents under seal if they were to be used in the instant litigation.

      The Court will permit the filing of a limited number of sealed documents because it finds there is a compelling interest in protecting the proprietary information and the sealing of these three exhibits is narrowly tailored to that interest.  See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992), citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985).

-1-

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Unopposed Motion to File Under Seal (Doc. 40) is **GRANTED**. Plaintiff will be permitted to file the three exhibits to its Sur-reply under seal.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  27th  day of October, 2005.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record