UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2006 MAY 30 P 12: 12

LEVITON MANUFACTURING CO., INC.,

    Plaintiff,

vs.   Case No. 3:05-cv-123-J-20MCR

INTERLINE BRANDS INC.,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff Leviton Manufacturing, Co., Inc.'s Motion to Extend Date to File Response to Interline's Renewed Motion to Stay Proceedings (Doc. No. 77, filed May 25, 2006), to which Defendant Interline Brands, Inc. responded (Doc. No. 78, filed May 26, 2006).

Upon due consideration, the Court's response deadline Order (Doc. No. 71, filed April 17, 2006) is amended as follows:

(1) Plaintiff's deadline to file its **response** to Interline's Renewed Motion to Stay Proceedings (Doc. No. 73, filed May 5, 2006) is **extended** until **Monday, June 5, 2006**; and

(2) If any new issues or arguments are raised by Plaintiff's response, Defendant may file a **reply brief** by **Thursday, June 15, 2006.**

**DONE AND ENTERED** at Jacksonville, Florida, this 30 day of May, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
I. William Spivey, II, Esq.
Bryan Scott Gowdy, Esq.

Martin J. Black, Esq.
Robert W. Ashbrook, Jr., Esq.
David M. Wells, Esq.
Charles L. Gibbs, II, Esq.
Garry Randolph, Courtroom Deputy