UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEVITON MANUFACTURING CO., INC.,

        Plaintiff,

v.                                  Case No.  3:05-cv-123-J-33MCR

INTERLINE BRANDS, INC. D/B/A
FLORIDA LIGHTING, AF LIGHTING,
SUNSTAR LIGHTING, ALL FIT, and GX
ELECTRIC,
        Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to the various status reports filed by Leviton in anticipation of settlement.  On October 17, 2007, Leviton reported, "Leviton anticipates that the infringement action pending in this Court against Interline Brands, Inc. may . . . be resolved in the near future." (Doc. # 90). Leviton then reported on November 15, 2007 that "Leviton anticipates that this action will be resolved and dismissed prior to the end of the 2007 calendar year." (Doc. # 91).  On December 17, 2007, Leviton asserted, "Leviton anticipates that this action will be resolved and dismissed within the next thirty (30) days." (Doc. # 92).

This Court should be able to rely on the representations of counsel with respect to the resolution of cases such as the present one, which has been pending since February 4, 2005 with little activity due to a stay requested by Defendant.  With the resolution of the two cases formerly pending in New Mexico, and counsel's

representations made through the aforementioned status reports, this Court finds it appropriate to dismiss this case.[1]

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

That this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*. After that **SIXTY** day period, however, without further order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** in Chambers, in Jacksonville, Florida, this 19th day of December, 2007.

                                                           /s/ Virginia M. Hernandez Covington
                                                           VIRGINIA M. HERNANDEZ COVINGTON
                                                           UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record

---

[1] The parties have placed much significance on Civil Action Nos. 04-cv-0424 and 05-cv-0301, previously pending in the United States District Court for the District of New Mexico, and these two cases have now been resolved.